UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Darren Smith

          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-MJ-10328

Defendant Darren Smith hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

DARREN SMITH
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

MICHAEL K BURKE
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/28/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge